# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>JAMIE ALAN CORDELL,<br><br>　　　　　　Defendant. | Cause No.: CR-07-69-GF-BMM<br><br>**ORDER** |

　　Upon the Defendant's Unopposed Motion and good cause appearing therefrom;

　　IT IS HEREBY OREDERED that the Clerk of Court will file the Defendant's Exhibit A to his Sentencing Memorandum, attached to the Motion for Leave to File Under Seal, be filed under seal.

　　DATED this 13th day of November, 2019.

_____
Brian Morris
United States District Court Judge