IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE ALAN CORDELL,<br><br>Defendant. | CR 07-69-GF-BMM<br><br><br><br><br><br>ORDER TO REDUCE TERM OF IMPRISONMENT TO TIME SERVED |

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Jamie Cordell, to time served, and commencement of a three-year term of supervised release previously imposed. The Court finds:

1.    Defendant Jamie Cordell pleaded guilty to violating 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2, Possession with Intent to Distribute

1

Methamphetamine; and 18 U.S.C. §§ 3145(a)(1) and (b)(2), Failure to Appear After Pretrial Release.

2. On November 13, 2019, Mr. Cordell was sentenced to 36 months of imprisonment with 3 years of supervised release.

3. Mr. Cordell is suffering from a terminal medical condition with a life expectancy of 18 months or less.

4. Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the Federal Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and compelling reasons warrant the reduction. The Director of the Federal Bureau of Prisons contends, and this Court agrees, that the defendant's terminal medical condition and limited life expectancy constitute extraordinary and compelling reasons warranting the requested reduction.

IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced to the time he has already served.

IT IS FURTHER ORDERED that the defendant shall be released from the custody of the Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented, and travel arrangements can be made.

IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of Prisons, the defendant shall begin serving the three-year term of supervised release previously imposed.

DATED this 8th day of June 2020.

_____
Brian Morris, Chief District Judge
United States District Court