IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMIE ALAN CORDELL,<br><br>Defendant. | CR 07-69-01-GF-BMM<br><br>ORDER |

Jamie Alan Cordell filed a Motion for Early Termination of Supervised Release. (Doc. 89.) The Government does not oppose early termination of Cordell's supervised release. The Court conducted a hearing on the motion on April 5, 2022. For the reasons below, the Court grants Cordell's motion.

Cordell pleaded guilty to the crimes of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and failure to appear after pre-trial release, in violation of 18 U.S.C. § 3146(a)(1). (Doc. 44.) The Court sentenced Cordell to the Bureau of Prisons on November 14, 2019, for a term of 36 months followed by a term of 3 years supervised release. (Doc 77.) Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when

evaluating whether to terminate a term of supervised release.

The factors in 18 U.S.C. § 3553(a) support an early termination of Cordell's supervised release. Cordell was granted compassionate release based on his advanced-stage lung cancer. (Doc. 86.) Cordell began supervised release on June 10, 2020. Cordell has served approximately one year and nine months of his supervised release. There is no indication in the record that Cordell violated or had any problems with his supervision. Cordell has successfully returned to his job as a construction manager. Cordell's successful reintegration to society, in conjunction with Cordell's compliance with the terms of his supervision, demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Cordell's Motion for Early Termination of Supervised Release (Doc. 89) is **GRANTED**.

2. Cordell is **DISCHARGED** from supervised release.

DATED this 5th day of April, 2022.

Brian Morris, Chief District Judge
United States District Court